# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTES - GENERAL

CASE NO.: CV-11-6526-R                                  DATE: FEBRUARY 24, 2012

TITLE: KIA FARROW -V- MAPLE FILING SERVICES LLC
================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                         Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for failure to prosecute


THIS MATTER IS SET ON CALENDAR FOR HEARING ON MARCH 12, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF THE PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF THE DEFAULTED DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


MINUTES FORM II                                                                 Initials of Deputy Clerk __WH__
CIVIL - GEN                                             D-M